621

**Warren Frank Milton Allen ROSCOE, Appellant, v. CITY LOAN & SAVINGS COMPANY, Appellee.**

No. 9311.

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1943.

Wm. Kent Fenton, of Toledo, Ohio, for appellant.

Clarence P. Ducey, of Toledo, Ohio, and Meredith & Meredith, of Lima, Ohio, for appellee.

Before SIMONS, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

It appearing that the appellant is appealing from an order of the District Court in bankruptcy denying the petition of the appellant for discharge, that the Referee's recommendation that the discharge be denied was approved by the court, and that the abbreviated record fails to disclose that the court was clearly in error, it is ordered that the order below be, and it is here in all respects, affirmed.

---

**THEW SHOVEL COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9288.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1943.

John T. Scott, Brooks W. Maccracken, and David L. Johnson, Jr., all of Cleveland, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Claude R. Marshall, A. F. Prescott, and Mamie S. Price, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel; on consideration whereof, it is ordered and adjudged that the decision of the Board of Tax Appeals, 45 B.T.A. 920, be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the Board promulgated on December 9, 1941.

---

**Fred STULL v. UNITED STATES of America.**

No. 2684.

Circuit Court of Appeals, Tenth Circuit.

March 23, 1943.

Walter A. Nelson, of Fort Worth, Tex., for appellant.

George H. West, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

---

**Lloyd Jackson TOLBERT v. UNITED STATES of America.**

No. 2685.

Circuit Court of Appeals, Tenth Circuit.

March 23, 1943.

Walter A. Nelson, of Fort Worth, Tex., for appellant.

George H. West, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.